# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA INC., *et al.*, § § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. H-04-4718 |
| § | |
| MARIA GONZALEZ, § § | |
| Defendant. § | |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs Virgin Records America, Inc., Elektra Entertainment Group, Inc., BMG Music, Sony BMG Music Entertainment, Artista Records, LLC, and UMG Recordings, Inc. recover from defendant Maria Gonzalez as follows:

a. the principal sum of $ 5,250.00;

b. costs of court in the amount of $ 335.00; and

c. postjudgment interest at 4.35% per annum.

Gonzalez is enjoined from directly or indirectly infringing plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

• "How Does it Feel," on album "Voodoo," by artist "D'Angelo" (SR# 280-480);

• "Make it Last Forever," on album "Make it Last Forever," by artist "Keith Sweat" (SR# 86-761);

- "Bring the Pain," on album "Tical 2000: Judgment Day," by artist "Method Man" (SR# 246-145);

- "Don't Change," on album "Juslisen," by artist "Musiq" (SR# 308-859);

- "Goodbye," on album "Songs in A Minor," by artist "Alicia Keys" (SR# 299-410);

- "Truly Madly Deeply," on album "Savage Garden," by artist "Savage Garden" (SR# 299-097); and

- "Grindin," on album "Lord Willin," by artist "Clipse" (SR# 321-673).

Gonzalez is enjoined from any infringing activities, including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of these recordings, to distribute (i.e., upload) any of these recordings, or to make any of these recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs.  Gonzalez must destroy all copies of these recordings she has downloaded onto any computer hard drive or server without plaintiffs' authorization and destroy all copies of those downloaded recordings transferred onto any physical medium or device in her possession, custody, or control.

Gonzalez must also pay the costs of court in the amount of $335.00.

SIGNED on November 15, 2005, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge